JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eddy Mendieta, <br><br> Plaintiff, <br><br> v. <br><br> Credit Management, LP; MRS BPO, LLC; Charter Communications Inc., d/b/a Spectrum; Experian Information Solutions, Inc.; and Trans Union LLC; <br><br> Defendants. | **Case No.: 2:23-cv-2512-JLS-PVC** <br><br> **ORDER DISMISSING ACTION WITH PREJUDICE** |

Upon review of the Parties' Stipulation of Dismissal with Prejudice (Doc. 79) as to Defendants Credit Management, LP and Charter Communications Inc., d/b/a Spectrum, and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED.**

The above-entitled matter is hereby dismissed with prejudice. Each party will bear its own attorney's fees and costs.

**IT IS SO ORDERED**

DATED: February 5, 2024

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE